UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LOUIS WHITLEY,<br><br>      Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>      Defendants. | Case No. 17-cv-00530 NC (PR)<br><br>**ORDER OF DISMISSAL** |

On February 1, 2017, Plaintiff, proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] That same day, the court sent a notification to Plaintiff, informing him that he did not pay the filing fee, and his application to proceed in forma pauperis ("IFP") was incomplete. Specifically, the notification informed Plaintiff that he did not submit the proper IFP form and did not submit a copy of his prisoner trust account. The court also provided Plaintiff with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if he failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days.

---

[1] Plaintiff has consented to magistrate judge jurisdiction. Dkt. No. 2.

Case No. 17-cv-00530 NC (PR)
ORDER OF DISMISSAL

1

More than twenty-eight days have passed and Plaintiff has not paid the fee or filed a completed application to proceed IFP. Accordingly, the case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED:  March 15, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00530 NC (PR)
ORDER OF DISMISSAL